UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

ELECTRONICALLY
FILED
Dec 21 2022
U.S. DISTRICT COURT
Northern District of WV

**MAURA ANNE KREITZER,**

   Plaintiff,

vs.

**SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY,** and **MARISA CULBERTSON**

   Defendants.

Civil Action No. **5:22-CV-312**

Judge **Bailey**

## NOTICE OF REMOVAL

Now come Defendants Safeco Insurance Company of America, Liberty Mutual Insurance Company, and Marisa Culbertson (together, "Defendants"), by and through counsel, and for their Notice of Removal of this action from the Circuit Court of Ohio County, West Virginia, to the United States District Court for the Northern District of West Virginia at Wheeling state:

1. Plaintiff Maura Anne Kreitzer ("Plaintiff") filed suit in the Circuit Court of Ohio County, West Virginia in Civil Action No. 22-C-196 on or about November 14, 2022. Plaintiff's Complaint alleges causes of action against Defendants for breach of contract and violation of the UTPA and common law bad faith.

2. Defendants were served with Plaintiff's Complaint not more than 30 days ago.

3. This Court has original jurisdiction over this type of action pursuant to 28 U.S.C. § 1332(a)(1), and Defendants may therefore remove this action to this Court pursuant to 28 U.S.C. § 1441(a), for:

  a. Complete diversity of citizenship exists between Plaintiff, who resides in West Virginia, and Defendants Safeco Insurance Company of America, Liberty Mutual Insurance, which are incorporated in and maintain their

      principal place of business in Massachusetts, and Defendant Marisa Culbertson, who resides in Ohio; and

    b. Defendant believes the judgment against them if Plaintiff prevails on the merits of the case as presented in the Complaint <u>could</u> exceed $75,000, exclusive of costs and interest, given that Plaintiff seeks to recover: (i) the full policy limits; (ii) extra contractual damages, including attorney's fees, and (iii) punitive damages.

4. As required by 28 U.S.C. § 1446(b), Defendants are filing this Notice of Removal within thirty days of being served with Plaintiff's Complaint.

5. This action has been pending less than a year.

6. As required by 28 U.S.C. § 1446(a), Defendants are attaching in an Appendix hereto a copy of each process, pleading and order they have received.

7. No party other than Defendants are named in the Complaint, so no other party needs to consent to the removal of this action.

                Respectfully Submitted,

                */s/ Elise N. McQuain*
                William M. Harter (W.Va. Bar No. 7977)
                Elise N. McQuain (W. Va. Bar No. 12253)
                Frost Brown Todd LLP
                10 West Broad Street, Suite 2300
                Columbus, Ohio 43215
                (614) 464-1211 / (614) 464-1737 (fax)
                wharter@fbtlaw.com
                emcquain@fbtlaw.com
                *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA
# AT WHEELING

| | |
|---|---|
| **MAURA ANNE KREITZER,** | : |
| Plaintiff, | : Civil Action No. **5:22-CV-312** |
| | : |
| vs. | : Judge **Bailey** |
| | : |
| **SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY,** and **MARISA CULBERTSON** | : |
| Defendants. | : |

## **CERTIFICATE OF SERVICE**

A true and accurate copy of the foregoing has been served on all parties via their counsel of records through the Court's ECF system this 21st day of December, 2022. For any counsel not registered to receive filings electronically, a copy of the foregoing will be sent via regular U.S. Mail, postage pre-paid.

George N. Sidiropolis
David A. Jividen
Jividen Law Offices, PLLC
729 N. Main Street
Wheeling, WV 26003
*Of Counsel for Plaintiff*

/s/ Elise N. McQuain
Elise N. McQuain (W. Va. Bar No. 12253)
*Attorney for Defendants*

0000T69.0764577  4870-6500-5635v2