UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

| | |
|---|---|
| **MAURA ANNE KREITZER,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION NO. 5:22-cv-312** |
| vs. : | |
| : | **Judge John Preston Bailey** |
| **SAFECO INSURANCE COMPANY OF** : | |
| **AMERICA, a Liberty Mutual Company,** : | |
| **LIBERTY MUTUAL INSURANCE** : | |
| **COMPANY and MARISA CULBERTSON** : | |
| : | |
| **Defendants.** : | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

**COME NOW** the Plaintiff, Maura Anne Kreitzer, and the Defendants, Safeco Insurance Company of America and Liberty Mutual Insurance Company and Marisa Culbertson, by and through their undersigned counsel, and respectfully request that this Honorable Court vacate the current Scheduling Order in this matter and continue all dates in this matter by three months. In support of this joint motion, the parties aver and state as follows:

1. This matter was filed in this Court on or about December 21, 2022.

2. A Scheduling Order was entered on or about February 7, 2023.

3. The Scheduling Order was previously amended on February 27, 2024 and on April 29, 2024. The Parties acknowledge that previous amendments and do not come lightly to this Court to request an additional amendment.

4. The Parties were proceeding in compliance with that Scheduling Order.

5. The following depositions have been noticed:

    a. The deposition of Plaintiff for January 3, 2025;

      b.   The deposition of Defendant Marisa Culbertson for January 8, 2025;

      c.   The deposition of Kelsey Fox for January 9, 2025; and

      d.   The deposition of Ebon Moore for January 10, 2025.

6.   Additionally, Plaintiff has served notice of topics to Defendant Safeco pursuant to Federal Rule of Civil Procedure 30(b)(6), a meet and confer regarding which is scheduled for December 20, 2024.

7.   The Parties have resolved Plaintiff's claim for policy proceeds, leaving Plaintiff's claims for extracontractual damages and bad faith.

8.   Further, in an effort to explore resolution of the remaining claims, the Parties were working with a mutually agreeable mediator to schedule a mediation before the year's end.

9.   Unfortunately, counsel for Plaintiff was advised today that Ms. Kreitzer's husband has an emergent medical condition that was requiring out-of-state transport. Based on Plaintiff's understanding of her husbands' condition, she does not anticipate that she would be available anytime this month for matters related to the instant case.

10.   Accordingly, Plaintiff will not be available to participate in mediation or prepare for her scheduled deposition. Her availability for the January 3, 2025, deposition is also currently in question.

11.   Given the Parties' success at resolving Plaintiff's underlying policy claim, the Parties remain interested in exploring the potential resolution of the matter in full in advance of expending additional resources on discovery.

12.   It is in the best interest of the Parties to delay continued efforts on this matter for a brief time in light of the circumstances surrounding Plaintiff.

13. Accordingly, the Parties request that all deadlines and dates set forth in the Scheduling Order, starting with the Defendant's Rule 26 Expert Disclosures, be extended by 3 months. This extension will allow the parties to conduct mediation and then proceed with additional discovery if mediation is unsuccessful once Plaintiff is available.

14. The parties represent that extending these deadlines will not prejudice the parties to this action.

**WHEREFORE**, for the foregoing reasons, the parties jointly request that this Honorable Court enter an Amended Scheduling Order extending the deadlines contained therein by 3 months.

Respectfully jointly submitted by,

 /s/ Elise N. McQuain
William M. Harter (W.Va. Bar No. 7977)
Elise N. McQuain (W. Va. Bar No. 12253)
FROST BROWN TODD LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215
(614) 464-1211 / (614) 464-1737 (fax)
wharter@fbtlaw.com
emcquain@fbtlaw.com
*Attorneys for Defendants*


 /s/ George N. Sidiropolis
George N. Sidiropolis (W.Va. Bar No. 10391)
Flannigan Legal PLLC
1140 Main Street
4th Floor
Wheeling, WV 26003
Phone: (304) 233-7766
george@flaniganlegal.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

| | |
|---|---|
| **MAURA ANNE KREITZER,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION NO. 5:22-cv-312** |
| vs. : | |
| : | **Judge John Preston Bailey** |
| **SAFECO INSURANCE COMPANY OF** : | |
| **AMERICA, a Liberty Mutual Company,** : | |
| **LIBERTY MUTUAL INSURANCE** : | |
| **COMPANY and MARISA CULBERTSON** : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, I filed the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** to be served on counsel by the Court's ECF System.

*/s/ Elise N. McQuain*
Elise N. McQuain (WVSB #12253)
*Attorney for Defendant*

0000T69.0764577  4912-2279-2197v1

4