**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**AT WHEELING**

| | | |
|---|---|---|
| **MAURA ANNE KREITZER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | **CIVIL ACTION NO. 5:22-cv-312** |
| **vs.** | : | |
| | : | **Judge Bailey** |
| **SAFECO INSURANCE COMPANY OF** | : | |
| **AMERICA, a Liberty Mutual Company,** | : | |
| **LIBERTY MUTUAL INSURANCE** | : | |
| **COMPANY and MARISA CULBERTSON** | : | |
| | : | |
| **Defendants.** | : | |

## <u>AFFIDAVIT OF MARISA CULBERTSON</u>

State of Ohio                        :

County of Hamilton              :

Marisa Culbertson, having been duly sworn, does hereby state:

1.      I am over the age of 18, I have personal knowledge of the facts stated herein, and I am otherwise competent to testify in this matter.

2.      I am the author of the claim note produced as "Safeco – 000082" that was created on October 27, 2022.

3.      The claim note was created after a phone discussion with Plaintiff's counsel, George Sidiropolis.

4.      The portion of the note that states "We received UIM demand for policy limits" referred to Plaintiff's August 11, 2022 letter to State Farm that was attached to the September 26, 2022 letter to Safeco.

**EXHIBIT A**

5.    In the August 11, 2022 letter, Plaintiff made a policy limits demand to State Farm as the tortfeasor's liability insurer.

6.    I considered that August 11, 2022 letter as part of evaluating Plaintiff's UIM claim.

7.    Plaintiff did not make a demand to Safeco for "policy limits" in the September 26, 2022 letter to Safeco.

8.    Furthermore, Plaintiff's counsel did not convey a demand for policy limits during that phone call.

9.    Plaintiff's counsel questioned the policy limits available, expressed frustration at the evaluation of Plaintiff's claim, and expressed his intention to file suit against Safeco.

Further affiant sayeth naught.

_Marisa Culbertson_
Marisa Culbertson

Sworn to before me and subscribed in my presence this ___10___ day of May, 2025.

KAITLIN MARIE GREENLEE
Notary Public
State of Ohio
My Comm. Expires
August 26, 2029

_____
Notary Public
My commission expires: Aug 26 2029

0000T69.0764577  4927-9019-7568v1

2