## McQuain, Elise N.

| | |
|---|---|
| **From:** | McQuain, Elise N. |
| **Sent:** | Wednesday, September 25, 2024 9:45 AM |
| **To:** | Ronda Miller |
| **Cc:** | George S |
| **Subject:** | Re: Kreitzer vs Liberty Mutual |
| | |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Thank you, Rhonda. I note that Appendix A indicates it is page 1 of 2. Could you please confirm whether we are missing a page or of it is just a topographical error, I would appreciate it. Thank you.

**Elise McQuain**
**Attorney at Law | Frost Brown Todd LLP**
614.872.2115 Direct
304.615.0738 Mobile
emcquain@fbtlaw.com

---

**From:** Ronda Miller <ronda@flaniganlegal.com>
**Sent:** Wednesday, September 25, 2024 9:16:19 AM
**To:** McQuain, Elise N. <emcquain@fbtlaw.com>
**Cc:** George S <george@flaniganlegal.com>
**Subject:** Kreitzer vs Liberty Mutual

Please find attached correspondence from Attorney George Sidiropolis.

**Ronda L. Miller**
**Paralegal**
**Flanigan Legal, PLLC**
1140 Main Street, 4th Floor
Wheeling, WV 26003
☎ 304-233-7766
✉ Ronda@flaniganlegal.com
💻 www.flaniganlegal.com



1

**EXHIBIT B**