## McQuain, Elise N.

| | |
|---|---|
| **From:** | McQuain, Elise N. |
| **Sent:** | Thursday, November 7, 2024 2:53 PM |
| **To:** | Ronda Miller |
| **Cc:** | George S |
| **Subject:** | RE: Kreitzer vs Liberty Mutual |
| | |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Following up on the below emails.

Additionally, given the deadlines coming up in this matter, I need to get dates for the Plaintiffs' deposition on this one. I can do anytime the week of Nov. 18th, or Dec. 10th – 12th. As I imagine Ms. Kreitzer will be the key Defendant, I would like to begin her deposition at 10am. We can then anticipate Mr. Kreitzer's deposition at 2pm, but I am happy to start his earlier if we finish Ms. Kreitzer earlier than that. Please let me know which date works.

Thank you,
Elise

**Elise McQuain**
**Attorney at Law | Frost Brown Todd LLP**
Columbus, OH
614.872.2115 Direct
304.615.0738 Mobile
emcquain@fbtlaw.com

**From:** McQuain, Elise N.
**Sent:** Monday, October 14, 2024 10:56 AM
**To:** Ronda Miller <ronda@flaniganlegal.com>
**Cc:** George S <george@flaniganlegal.com>
**Subject:** RE: Kreitzer vs Liberty Mutual

Following up on the below issue.



Thanks,
Elise

**Elise McQuain**
**Attorney at Law | Frost Brown Todd LLP**
Columbus, OH
614.872.2115 Direct

EXHIBIT D

304.615.0738 Mobile
emcquain@fbtlaw.com

---

**From:** McQuain, Elise N. <emcquain@fbtlaw.com>
**Sent:** Wednesday, September 25, 2024 9:45 AM
**To:** Ronda Miller <ronda@flaniganlegal.com>
**Cc:** George S <george@flaniganlegal.com>
**Subject:** Re: Kreitzer vs Liberty Mutual

Thank you, Rhonda. I note that Appendix A indicates it is page 1 of 2. Could you please confirm whether we are missing a page or of it is just a topographical error, I would appreciate it. Thank you.

**Elise McQuain**
Attorney at Law | Frost Brown Todd LLP
614.872.2115 Direct
304.615.0738 Mobile
emcquain@fbtlaw.com

---

**From:** Ronda Miller <ronda@flaniganlegal.com>
**Sent:** Wednesday, September 25, 2024 9:16:19 AM
**To:** McQuain, Elise N. <emcquain@fbtlaw.com>
**Cc:** George S <george@flaniganlegal.com>
**Subject:** Kreitzer vs Liberty Mutual

Please find attached correspondence from Attorney George Sidiropolis.

**Ronda L. Miller**
**Paralegal**
**Flanigan Legal, PLLC**
1140 Main Street, 4th Floor
Wheeling, WV 26003
☎ 304-233-7766
✉ Ronda@flaniganlegal.com
💻 www.flaniganlegal.com

