

A Liberty Mutual Company

Auto Policy#: K2799758

# UNDERINSURED MOTORISTS COVERAGE OFFER

Below are different limits and the 12 month premium available to you.

UNDERINSURED MOTORISTS COVERAGE (OPTIONAL) <u>CITYWIDE INS & FIN SVC</u> (AGENCY)

Number of vehicles subject to premiums below <u>2.</u>

Rates   ☑ include   ☐ do not include   multi-car discount.

| Bodily Injury Per Person | Bodily Injury Per Accident | Property Damage | Premium | I SELECT (Check One) |
|---|---|---|---|---|
| **OPTIONAL LIMITS** | | | | |
| $20,000 | $40,000 | $10,000 | [A] $13.60 | [A] _____ |
| $25,000 | $50,000 | $10,000 | [B] $15.00 | [B] _____ |
| $25,000 | $50,000 | $25,000 | [C] $17.20 | [C] _____ |
| $50,000 | $100,000 | $10,000 | [D] $21.40 | [D] _____ |
| $100,000 | $300,000 | $10,000 | [E] $28.70 | [E] _____ |
| $100,000 | $300,000 | $50,000 | [F] $35.10 | [F] _____ |
| $_____ | $_____ | $_____ | [G] _____ | [G] _____ |
| REJECT | REJECT | REJECT | REJECT | [ ] _____ I REJECT (Initials) |

**A named insured or applicant must select or reject coverage offered above, on this part of the form, in his or her own handwriting.**

I have read the **IMPORTANT NOTICE**, attached, on **UNDERinsured** motor vehicle coverage and understand how this coverage works.

I have been given the opportunity to select optional limits of **UNDERinsured** motor vehicle coverage listed above and have selected the coverage that matches the box I have checked.

_____     10-17-14
SIGNATURE OF A NAMED INSURED OR APPLICANT     DATE

This selection of coverage is binding on all persons covered under the policy. These limits apply until a change in the limits is

Safeco Insurance Company of America

KREITZER 000877

**EXHIBIT F**



Auto Policy#: K2799758

# WEST VIRGINIA UNINSURED/UNDERINSURED MOTORIST COVERAGE
# OFFER OF SPLIT LIMITS LIABILITY

## UNINSURED MOTORISTS COVERAGE OFFER

Below are different limits and the 12 month premium available to you.

UNINSURED MOTORISTS COVERAGE (MANDATORY) CITYWIDE INS & FIN SVC  (AGENCY)

Number of vehicles subject to premiums below 2.

Rates   ☑ include  ☐ do not include   multi-car discount.

| Bodily Injury Per Person | Bodily Injury Per Accident | Property Damage | Premium | I SELECT (Check One) |
|---|---|---|---|---|
| **MANDATORY LIMITS** | | | | |
| $20,000 | $40,000 | $10,000 | [A] $107.50 | [A] _____ |
| **OPTIONAL LIMITS** | | | | |
| $25,000 | $50,000 | $10,000 | [B] $124.90 | [B] _____ |
| $25,000 | $50,000 | $25,000 | [C] $135.30 | [C] _____ |
| $50,000 | $100,000 | $10,000 | [D] $142.20 | [D] _____ |
| $100,000 | $300,000 | $10,000 | [E] $168.60 | [E] _____ |
| $100,000 | $300,000 | $50,000 | [F] $185.20 | [F] _____ |
| $_____ | $_____ | $_____ | [G] _____ | [G] _____ |

**A named insured or applicant must complete this part of the form in his or her own handwriting.**

I have read the **IMPORTANT NOTICE**, attached, on **UN**insured motor vehicle coverage and understand how this coverage works.

I have been given the opportunity to select optional limits of **UN**insured motor vehicle coverage listed above and have selected the coverage that matches the box I have checked.

_____     10-17-14
SIGNATURE OF A NAMED INSURED OR APPLICANT          DATE

Safeco Insurance Company of America