# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA
# AT WHEELING

| | |
|---|---|
| **MAURA ANNE KREITZER,** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION NO. 5:22-cv-312 |
| vs. : | |
| : | Judge Bailey |
| **SAFECO INSURANCE COMPANY OF** : | |
| **AMERICA, a Liberty Mutual Company,** : | |
| **LIBERTY MUTUAL INSURANCE** : | |
| **COMPANY and MARISA CULBERTSON** : | |
| : | |
| **Defendants.** : | |

## DEFENDANTS' FIRST MOTION IN LIMINE TO EXCLUDE THE OPINIONS OF STUART SETCAVAGE

Now come Safeco Insurance Company of America ("Safeco"), Liberty Mutual Insurance Company ("Liberty") and Marisa Culbertson ("Culbertson") (collectively, "Defendants"), by and through counsel, and move to exclude the opinions of Plaintiff's Expert, Stuart Setcavage, as impermissible. Defendants incorporate by reference the contemporaneously filed Memorandum in Support of the same.

Respectfully submitted,

 */s/ Elise N. McQuain*
William M. Harter (W.Va. Bar No. 7977)
Elise N. McQuain (W. Va. Bar No. 12253)
FROST BROWN TODD LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215
(614) 464-1211 / (614) 464-1737 (fax)
wharter@fbtlaw.com
emcquain@fbtlaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

| | |
|---|---|
| **MAURA ANNE KREITZER,** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION NO. 5:22-cv-312 |
| vs. : | |
| : | Judge Bailey |
| **SAFECO INSURANCE COMPANY OF** : | |
| **AMERICA, a Liberty Mutual Company,** : | |
| **LIBERTY MUTUAL INSURANCE** : | |
| **COMPANY and MARISA CULBERTSON** : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025, I filed the foregoing **DEFENDANTS' FIRST MOTION IN LIMINE TO EXCLUDE THE OPINIONS OF STUART SETCAVAGE**, to be served on counsel of record by the Court's ECF System.

*/s/ Elise N. McQuain*
Elise N. McQuain (WVSB #12253)
*Attorney for Defendant*

0000T69.0764577   4906-3399-0467v1