IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

| | |
|---|---|
| **MAURA ANNE KREITZER,** | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 5:22-CV-312 |
| | Hon. John Preston Bailey, Judge |
| **SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL, INSURANCE COMPANY**, and **MARISA CULBERTSON** | |
| Defendants. | |

## NOTICE OF APPEAL OF ORDER

PLEASE TAKE NOTICE, that plaintiff Maura Anne Kreitzer, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the June 5, 2025 Order [ECF 129] entered in this action on June 5, 2025granting defendants' *Motion for Summary Judgment* [ECF 67] and denying plaintiff's *Motion for Summary Judgment* [ECF 69].

Respectfully Submitted,

By:   /s/ George N. Sidiropolis
George N. Sidiropolis, Esq. (#10391)
**Flanigan Legal, PLLC**
1140 Main Street, 4th Floor
Wheeling, WV 26003
Phone: (304) 233-7766
george@flaniganlegal.com

/s/ Jordan M. Laird
Jordan M. Laird, Esq. (#12448)
**Laird Law, PLLC**
2 22nd Street, Suite 202
Wheeling, WV 26003
Phone: (304) 551-2800
jordan@laird-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **MAURA ANNE KREITZER**, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 5:22-cv-312 |
| | * | Hon. Judge Bailey |
| **SAFECO INSURANCE COMPANY OF AMERICA**, a Liberty Mutual Company, **LIBERTY MUTUAL INSURANCE COMPANY** and **MARISA CULBERTSON** | * * * * * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 2, 2025, undersigned counsel served the foregoing ***NOTICE OF APPEAL OF ORDER***, upon all parties in this case, through their counsel of record, by way of the Court's e-file system.  This will be the only method of service.

William M. Harter (W.Va. Bar No. 7977)
Elise N. McQuain (W. Va. Bar No. 12253)
FROST BROWN TODD LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215
(614) 464-1211 / (614) 464-1737 (fax)
wharter@fbtlaw.com
emcquain@fbtlaw.com

                          Respectfully submitted,
                          **MAURA ANNE KREITZER**, plaintiff,

                  By: /s/ George N. Sidiropolis_____
                        George N. Sidiropolis, Esq. (#10391)
                        **Flanigan Legal, PLLC**
                        1140 Main Street, 4th Floor
                        Wheeling, WV 26003
                        Phone: (304) 233-7766
                        george@flaniganlegal.com

<u>/s/ Jordan M. Laird</u>
Jordan M. Laird, Esq. (#12448) Laird Law, PLLC
2 22nd Street, Suite 202
Wheeling, WV 26003
Phone: (304) 551-2800
jordan@laird-law.com