FILED: July 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1765
(5:22-cv-00312-JPB-JPM)

_____

MAURA ANNE KREITZER

    Plaintiff - Appellant

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Liberty Mutual Company; LIBERTY MUTUAL INSURANCE COMPANY; MARISA CULBERTSON

    Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Wheeling |
| Originating Case Number | 5:22-cv-00312-JPB-JPM |
| Date notice of appeal filed in originating court: | 07/02/2025 |
| Appellant | Maura Anne Kreitzer |
| Appellate Case Number | 25-1765 |
| Case Manager | Cyndi Halupa<br>804-916-2702 |